**Phillip S. WOODRUFF, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 2006–3222.

United States Court of Appeals, Federal Circuit.

Aug. 24, 2006.

Phillip S. Woodruff, pro se.

*ORDER*

Phillip S. Woodruff files a "Motion to Remove Case Without Prejudice". Upon consideration thereof,

IT IS ORDERED THAT:

1) The motion is granted and the appeal is hereby dismissed.

2) Each side shall bear its own costs.

**In re Robert LAWTON, Thomas Patrick O'Connor, Jr., Barbara Ann Bartol, and Paul Scott MacHenry.**

No. 2006–1559.

United States Court of Appeals, Federal Circuit.

Aug. 24, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).